■ JAMES D. STERLING, Individually and on Behalf of 54-55 STREET COMPANY, Appellant, v MYRON MINSKOFF, Respondent. [639 NYS2d 822] —Order, Supreme Court, New York County (Beatrice Shainswit, J.), entered January 12, 1995, which granted defendant's motion to dismiss the complaint for lack of standing (CPLR 3211 [a] [3]), unanimously affirmed, with costs.

Plaintiff was not a partner in the partnership on whose behalf he purports to sue, and therefore does not have standing to bring a derivative suit (see, *Levine v Murray Hill Manor Co.*, 143 AD2d 298, 301, *lv dismissed* 73 NY2d 995). Plaintiff alleges causes of action for breach of defendant's fiduciary duty to the partnership, wrongs that give rise only to a derivative suit on behalf of the partnership, and not a private cause of action, even though plaintiff's interest in the partnership was allegedly diminished (see, *Strain v Seven Hills Assocs.*, 75 AD2d 360, 371). Accordingly, the complaint was properly dismissed. Concur—Milonas, J. P., Ellerin, Rubin, Ross and Mazzarelli, JJ.